IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                             PLAINTIFF

v.                 CASE NO. 4:09-CV-353 BSM

LORI A. MOSBY,
T.M., a minor,
CHANGE YOUR LIFE, INC.
PULASKI COUNTY, and
MELVIN LACEY                                                                   DEFENDANTS

## ORDER

The government's motion to strike the answer of Change Your Life, Inc. ("CYL") (Doc. No. 24) is granted. Corporations, such as CYL, cannot appear in court without counsel, and defendant Lori A. Mosby, who is not a licensed lawyer, filed the answer on behalf of CYL. Mosby cannot represent CYL and the answer she filed on CYL's behalf is therefore void. *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996).

The government's motion to strike the answer filed on behalf of CYL (Doc. No. 24) is therefore granted.

IT IS SO ORDERED THIS 3rd day of December, 2009.

                                                               /s/ Brian S. Miller
                                                               UNITED STATES DISTRICT JUDGE