# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    Case No. 4:09-CV-353-BSM

LORI A. MOSBY,
T.M., a minor,
CHANGE YOUR LIFE, INC.,
PULASKI COUNTY and
MELVIN LACEY                                                DEFENDANTS

MELVIN LACEY                                                CROSS- CLAIMANT

VS.

LORI MOSBY,
T.M., a minor, and
CHANGE YOUR LIFE, INC.                                      CROSS- DEFENDANTS

## STIPULATED DISMISSAL

On this day is presented the Plaintiff's, United States of America, and Defendant's, Pulaski County Treasurer ("Treasurer"), Stipulated Dismissal. After reviewing the case, the Court hereby finds and orders the following:

1. As stated in the Treasurer's original answer all delinquent taxes in this matter have been certified to the Arkansas State Land Commissioner for collection pursuant to Arkansas law.

2. The State Land Commissioner has been added by the Plaintiff as a party to this action and will seek payment of all delinquent taxes in this matter.

3. It is unnecessary to have both the Treasurer and the State Land

Commissioner as parties to this action. The Land Commissioner is the appropriate party to this action.

4. Both parties agree that the Treasurer should be dismissed in this matter.

THEREFORE, it is CONSIDERED, ORDERED, ADJUDGED, and DECREED that the Pulaski County Treasurer is dismissed from this case.

_____
UNITED STATES DISTRICT JUDGE

DATE: January 6, 2010

Approved as to form and content:

_____
Dan Applegate
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
Phone: (202) 353-8180
Fax:   (202) 514-6770
daniel.a.applegate@usdoj.gov


_____
Chastity Scifres
Pulaski County Attorney's Office
201 S. Broadway, Suite 400
Little Rock, AR 72113
Phone:   (501) 340-8285
Fax:     (501) 340 8282
cscifres@co.pulaski.ar.us